

**U.S. Department of Justice**

*Federal Bureau of Prisons*

---

*Federal Medical Center*  Fort Worth, Texas 76119-5996

March 21, 2025

FILED BY ___SW___ D.C.
Mar 21, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

Honorable William Matthewman
United States Magistrate Judge
Southern District of Florida
Paul G. Rogers Federal Building and
U.S. Courthouse
701 Clematis Street, Room 331
West Palm Beach, Florida 33401

                Re:    OLSON, Jeffrey
                       Reg. No. 61020-511
                       Case No. 25-cr-80031

Dear Judge Matthewman,

In accordance with your Court Order, dated February 21, 2025, Mr. Olson arrived at the Federal Medical Center (FMC), Fort Worth, Texas, on March 20, 2025, for completion of a psychological evaluation, pursuant to the provisions of Title 18, United States Code, Sections 4241(b) and 4242.

The Court Order requested for an examination period of up to 30 days. Based on this time frame, this evaluation will end no later than April 18, 2025, with the corresponding report to be submitted to the Court no later than May 16, 2025. Should the evaluation be completed prior to the aforementioned time period, the Court will be notified.

If we can provide further assistance, please feel free to contact me at (817) 413-3269.

Sincerely,

Samuel Browning, Ph.D.
Licensed Psychologist