UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    25-CR-80031-DAMIAN

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JEFFREY OLSON
       Defendant.
_____/

**ORDER FINDING DEFENDANT INCOMPETENT AND COMMITTING HIM TO THE CUSTODY OF THE ATTORNEY GENERAL FOR A PERIOD OF UP TO FOUR MONTHS TO BE HOSPITALIZED IN A SUITABLE FACILITY FOR TREATMENT PURSUANT TO 18 U.S.C. § 4241(d)**

THIS CAUSE came to be heard upon a hearing on June 5, 2025, at 10:00 a.m., regarding Defendant, Jeffrey Olson's (hereinafter "Defendant") competency, it is hereby ORDERED AND ADJUDGED as follows:

1. The Court has carefully reviewed and hereby adopts the Forensic Evaluation Report issued by Dr. Samuel Browning, Ph. D. Licensed Psychologist at FMC Fort Worth, detailing the competency evaluation he conducted on the Defendant. The Government and Defendant's counsel both stipulated to the Forensic Evaluation Report issued by Dr. Browning and asked this Court to adopt the Forensic Evaluation Report.

2. Based upon Dr. Browning's evaluation, the resulting Forensic Evaluation Report, and in conjunction with the agreement of the parties,

1

as well as the Court's observations of the Defendant, the Court finds by a preponderance of the evidence that Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

3. As such, pursuant to Title 18, United States Code, Section 4241(d) the Court hereby commits Defendant to the custody of the Attorney General to be hospitalized for treatment in a suitable facility for a reasonable time, not to exceed four months, for the purpose of restoring the Defendant's competency and as such hospitalization is necessary to determine whether there is a substantial probability that Defendant will attain the capacity to permit the proceedings to go forward in the foreseeable future. The expert report regarding Mr. Olson's likelihood of restoration is due no later than 10 days after the completion of the evaluation period and should be emailed to the assigned Assistant United States Attorney, Assistant Federal Public Defender, and to the issuing Court.

4. If the director of the facility in which Defendant is hospitalized, pursuant to this order, determines that Defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, he

shall promptly prepare a Section 4247(d) report regarding the competency of the Defendant, file a certificate to that effect with the Clerk of the United States District Court for the Southern District of Florida, and email a copy of the report to the assigned Assistant United States Attorney, Assistant Federal Public Defender, and to the issuing Court. At that time, this Court shall hold a hearing, pursuant to the provisions of Section 4247(d), to determine the competency of Defendant.

5. This matter shall be set for a Status Conference Re: Defendant's restoration on August 25, 2025.

6. The Court further finds that the ends of justice are served and the speedy trial rights of Defendant and the public are outweighed by the necessity to commit Defendant to the custody of the Attorney General pursuant to Title 18, United States Code, Section 4241(d). 18 U.S.C. § 3161. Accordingly, the speedy trial period is tolled in the interests of justice from June 5, 2025, through and including when the restoration of competency issue as to Defendant is resolved by the Court.

7. Defense counsel preserved their objection to any "unreasonable" delay in prehospitalization time and agreed to a tolling of speedy trial up to four months, as authorized by Title 18, United States Code, Section 4241(d).

8. Finally, the Court orders that Mr. Olson receive access to any psychological medication prescribed to him by the BOP during transportation to and from this Court and the evaluating facility.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this 6th day of June, 2025.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

4