UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-80031-CR-DAMIAN

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

JEFFREY DANIEL OLSON,

                    Defendant.

_____/

**GOVERNMENT'S RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney and hereby files this response to the Standing Discovery Order.  This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.  Pursuant to Local Rule, all referenced attachment pages are attached to defense counsel's copy of this response and not the pleading filed with the Court.

A.          1.          The Defendant did not make a written or recorded oral statement to a then-known law enforcement officers.  The defendant was video recorded (without audio) committing the offense.

            2.          The defendant made oral statements before or after arrest in response to interrogation by any person then known to the defendant to be a government  agent.  Copies of police reports detailing the substance of

such statements are attached to defense counsel's copy of this in the Digital

Discovery Disk (DDD)

3.      This defendant did not testify before the Grand Jury.

4.      A copy of the defendant's NCIC/FCIC criminal history is attached

to defense counsel's copy of this response in the DDD.

5.      Books, papers, documents, photographs, tangible objects, buildings

or places which the government intends to use as evidence at trial to prove

its case in chief, or were obtained or belonging to the defendant may be

inspected at a mutually convenient time at the United States Secret Service

Office in West Palm Beach, located at 505 S Flagler Drive, Suite 800

West Palm Beach, FL 33401, Office #: 561-659-0184. Please contact the

undersigned if you would like to schedule such a conference. <u>Please call the

undersigned with 48 hours notice if you intend to review the evidence at

this date and time</u>.

That evidence includes, but is not limited to:

a.      Originals of any items or documents referenced in attached

reports and evidence inventory sheets attached thereto.

6.      There were no physical or mental examinations made in connection

with this case.

B.      DEMAND FOR RECIPROCAL DISCOVERY: The United States requests

the disclosure and production of materials enumerated as items 1, 2 and 3

of Section B of the Standing Discovery Order.  This request is also made

2

pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    At present, the government is not aware of any material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>United States v. Agurs</u>, 427 U.S. 97 (1976), except (a) the issue of the defendant's mental competency; and (b) to the extent to the extent the defense may construe any of the materials attached hereto as such.

D.    The government is aware of its duty to disclose and will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of <u>Giglio v. United States</u>, 405 U.S. 150 (1972), or <u>Napue v. Illinois</u>, 360 U.S. 264 (1959).  However, the government knows of no such witnesses at this time.

E.    There are no witnesses possessed of a criminal history which the government intends on calling at trial known to the government at present.

F.    The defendant was not identified in photo spread or similar identification proceeding at this time.

G.    The government has advised its agents and officers involved in this case to preserve all rough notes.

H.    The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b).  You are hereby on notice that all evidence made available to you

3

for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine), to show knowledge, intent, identity, common scheme or plan and absence of mistake.

Notice is further given under Federal Rules of Evidence 404(b) and 609(a)(2) of the government's intent to utilize any felony convictions and crime of moral turpitude and dishonesty referenced in the defendant's attached NCIC criminal history for purposes of impeachment, should the defendant take the stand and attempt to testify in his own defense.

I.      The defendant is not, at present, an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.      The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.      No controlled substances were seized in this case.

L.      The are no vehicles currently under seizure by the United States in this case.

M.      No latent fingerprint analysis was conducted in this case.

N.      No expert witnesses are anticipated to be called in this case, except to the extent one or more government mental health experts may be called. Defense counsel is already in possession of those experts reports, to the extent such exist at present. The defendant has not, as yet, been assigned a

mental health expert for purposes of attempted restoration to competency.

O.       The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial.  These stipulations will be discussed at the discovery conference.

P.       At the discovery conference scheduled in Section A.5, above, the government will seek written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

The attachments to this response are contained in the DDD in digital format, which included the following materials.  The password to the DDD is: **Justice123!**  :

**A) MAL Incident video**
1. Exit Gate 360 - Gate Wall-2025-02-13_17h26min23s000ms_1.mp4
2. Exit Gate PTZ-2025-02-13_17h25min50s000ms.mp4
3. Guard House Valet Dr-2025-02-13_17h27min20s000ms.mp4
4. Ocean Blvd PTZ-2025-02-13_17h27min20s000ms.mp4

**B) Olsen, Jeffrey**
1. __ FYSA ONLY __ INC-25-01325 _ R3_ Jeffrey OLSEN (NRID) was arrested after jumping the fence at Mar-A-Lago_.msg
2. Address of Palm beach police department .msg
3. Encounter List (46).pdf
4. FW_ Jeffery OLSEN (NRID).msg
5. Image.jpeg
6. INC-25-01325_ Jeffrey OLSEN.msg
7. Interview Notes.docx

8. Jeffery OLSEN (NRID).msg
9. JEFFREY DANIEL OLSON-Comprehensive-Report-202502132103.pdf
10. NCIC.pdf
11. NLETS DQ.pdf
12. OLSON Jeffrey - TLO.pdf
13. OLSON Steven- TLO.pdf
14. OLSON Todd - ACCURINT.pdf
15. original-146CD7CA-0CB0-4B39-96C0-B6317E24F10B.jpeg
16. PI Interview Worksheet (1758).pdf
17. RE_ INC-25-01325 _ R3_ Jeffrey OLSON (NRID) was arrested after jumping the fence at Mar-A-Lago_.msg
18. Re_ Jeffery OLSEN (NRID) (1).msg
19. Re_ Jeffery OLSEN (NRID).msg
20. USPassport (33).pdf

**C) Olsen emails**

1. __ For Review & Official Mail __ 671_000 Jeffrey Daniel OLSON 127-671-0042878.msg
2. 04_25_2025 IR for OM Publishing_ Jeffrey Daniel OLSON.msg
3. 05_25_2025 IR for OM Publishing_ Jeffrey Daniel OLSON.msg
4. 127-671-0042878 _ OLSON Jeffrey Daniel.msg
5. 127-671-0042878-1 OLSON Jeffrey Daniel (10).msg
6. 127-671-0042878-1 OLSON Jeffrey Daniel.msg
7. 671_000 Jeffrey Daniel OLSON  (127-671-0042878) (2).msg
8. 671_000 Jeffrey Daniel OLSON  (127-671-0042878).msg
9. 671_000 Jeffrey Daniel OLSON (127-671-0042878) (3).msg
10. 671_000 Jeffrey Daniel OLSON (127-671-0042878).msg
11. CT 671_000 (127-671-0042878) Jeffrey Daniel OLSON (Referral) .msg
12. Fw_ 671_000 Jeffrey Daniel OLSON (127-671-0042878).msg
13. FW_ Psychological Evaluation Records Request - Case No_ 25-cr-80031 (OLSON_ Jeffrey).msg
14. INC-25-01325 _ R3_ Jeffrey OLSON (NRID) was arrested after jumping the fence at Mar-A-Lago_.msg
15. INC-25-01325_ Jeffrey OLSEN.msg
16. interview footage OLSON.msg
17. IR for OM Publishing_ Jeffrey Daniel OLSON.msg

18. Jeffery OLSEN Result.msg
19. Jeffery Olsen.msg
20. Jeffery OLSON-127-671-0042878 (Update).msg
21. Jeffrey OLSON update.msg
22. OLSEN - Fence Jumper.msg
23. Olson MR.msg
24. PIOC Info - USSS_WPB and USSS_PID_Advance arrested Jeffrey OLSEN (NRID) for a violation of Title 18 USC 1752.msg
25. Please call re_ OLSON_ Jeffrey Daniel case when you are free.msg
26. RE_ 127-671-0042878-1 OLSON Jeffrey Daniel.msg
27. RE_ 127-671-0042878 _ OLSON Jeffrey Daniel.msg
28. RE_ 127-671-0042878-1 OLSON Jeffrey Daniel (8).msg
29. Re_ 127-671-0042878-1 OLSON Jeffrey Daniel (9).msg
30. RE_ 127-671-0042878-1 OLSON Jeffrey Daniel.msg
31. RE_ INC-25-01325 _ R3_ Jeffrey OLSON (NRID) was arrested after jumping the fence at Mar-A-Lago_ (11).msg
32. RE_ INC-25-01325 _ R3_ Jeffrey OLSON (NRID) was arrested after jumping the fence at Mar-A-Lago_.msg
33. RE_ Jeffery OLSON-127-671-0042878 (Update).msg
34. Re_ Psychological Evaluation Records Request - Case No_ 25-cr-80031 (OLSON_ Jeffrey) (4).msg
35. RE_ Psychological Evaluation Records Request - Case No_ 25-cr-80031 (OLSON_ Jeffrey).msg
36. Re_ Transporting (12).msg
37. Re_ Transporting (13).msg
38. Re_ Transporting.msg
39. Transporting.msg

Please contact the undersigned Assistant United States Attorney if any pages/items are

7

missing.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY


BY:     s/ *John C. McMillan*     
      JOHN C. McMILLAN
      Assistant United States Attorney
      Admin. No. A5500228
      500 S. Australian Ave., Suite 400
      West Palm Beach, FL 33401
      Office:   (561) 820-8711
      FAX:     (561) 820-8777
      Email: John.McMillan@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Government's Response to the Standing Discovery Order with attachments was sent via FedEx this 9th day of September, 2025, to counsel for the defendant below.  I further certify that on September 9, 2025,  I electronically filed the foregoing document with the Clerk of the Court using CM/ECF:

Kristy Militello
Assistant Federal Public Defender
Federal Public Defender's Office
Southern District of Florida
250 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-5040
(561) 833 - 6288

By:     s/ *John C. McMillan*
            JOHN C. McMILLAN
            ASSISTANT UNITED STATES ATTORNEY