UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Case Transfers to
**District Judge Edward L. Artau**

*Buckley v. United States of America*, Case No: 9:24-cv-81309

*Wilson v. Experian Information Solutions, Inc.*, Case No: 9:25-cv-80401

*Ulysse-Ottey v. Axiom Law*, Case No: 9:25-cv-80257

*Thomas v. Florida Department of Corrections*, Case No: 9:25-cv-80423

*Puttman v. RD America, LLC*, Case No: 9:25-cv-80653

*Miller's Ale House, Inc. v. SAB Boynton Holdings, LLC*, Case No: 9:25-cv-80755

*Zolfaghari v. U.S. Army Corp of Engineers*, Case No: 9:25-cv-80850

*Marseille v. Philly Grill Franchises LLC*, Case No: 9:25-cv-80935

*United States of America v. Dorcil*, Case No: 9:25-cv-80964

*Cohan v. FFP Management LLC*, Case No: 9:25-cv-81046

*Horn v. Meat Market Boca Raton, LLC*, Case No: 9:25-cv-81050

*Valdez v. Experian Information Solutions, Inc.*, Case No: 9:25-cv-81051

*Ryan v. Walmart, Inc.*, Case No: 9:25-cv-81079

*USA v. Jeffrey Daniel Olson*, Case No: 9:25-cr-80031

*USA v. Christopher Allen McGrady*, Case No: 9:25-cr-80070

*USA v. Michael Jeffrey Rodrigues*, Case No: 9:25-cr-80137

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Edward L. Artau**.

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04).

It is hereby **ORDERED** that the above-styled actions are hereby **REASSIGNED** to the calendar of the **Honorable Edward L. Artau** as of **September 30, 2025** for all further proceedings.  It is further

**ORDERED** that all currently pending hearings set before the undersigned Judge are hereby **TERMINATED** and are to be rescheduled by **District Edward L. Artau.**  It is further

**ORDERED** all deadlines will **REMAIN IN EFFECT** unless altered by **District Judge Edward L. Artau**.  It is further

**ORDERED** that all papers hereafter filed shall bear the assigned case number followed by the initials **ELA** in lieu of the present initials.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 30th day of September, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   All counsel of record/*Pro se* parties